STATE v. DONALD ARNOLD AND HENRY ARNOLD.

(Filed 30 September, 1931.)

APPEAL by defendants from *Devin, J.,* at June Term, 1931, of CRAVEN.

Criminal prosecution tried upon an indictment charging the defendants, and two others, with the murder of one Claude Coward.

Verdict: Guilty of murder in the second degree as to Donald Arnold; and guilty of manslaughter as to Henry Arnold.

Judgment: Imprisonment in the State's prison, 5 years for Donald Arnold and 2 years for Henry Arnold.

Defendants appeal, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*
*Ernest M. Green and D. L. Ward, Jr., for defendants.*

PER CURIAM. On the hearing the trial narrowed itself largely to issues of fact, which the jury resolved in favor of the State and against the contentions of the defendants. A different verdict might have been returned, but it was not.

WALL *v.* TRUST CO.; SMITH *v.* MOTOR CO.

The record discloses no exceptive assignment of error upon which this Court, in the exercise of its appellate jurisdiction, could award the defendants a new trial. The verdict and judgment will be upheld.

No error.